UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RONNIE ISSETTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A** |
| v. | ) **CIVIL CASE** |
| | ) **CASE NO. 5:20-CV-200-D** |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $6,333.75, and refund to Plaintiff the smaller award ($7,000.00) between this amount and the EAJA award.

**This Judgment Filed and Entered on March 8, 2023, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE: March 8, 2023                           PETER A. MOORE, JR., CLERK

                                              (By)  /s/ Stephanie Mann
                                              Deputy Clerk