UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RONNIE ISSETTE, ) | |
| ) | |
| Plaintiff, ) | **AMENDED JUDGMENT** |
| ) | **IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:20-CV-200-D** |
| KILOLO KIJAKAZI, Acting Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $6,333.75, and refund to Plaintiff the smaller award ($4,500.00) between this amount and the EAJA award.

**This Judgment Filed and Entered on March 15, 2023, and Copies To:**
| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |

DATE:  PETER A. MOORE, JR., CLERK
March 15, 2023  (By) /s/ Stephanie Mann
 Deputy Clerk